UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

CASE NO.: CV 12-08378 SJO (JCGx): DATE: December 20, 2012

TITLE: Eric Fitzpatrick v. Mel-Jen Inc

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                          Not Present
Courtroom Clerk                           Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                               Not Present

========================================================================
PROCEEDINGS: IN CHAMBERS

The Court finds this matter suitable for disposition without oral argument and **vacates** the hearing re the **MOTION to Compel Arbitration filed by Defendant Mel-Jen Inc [11]**, set for January 7, 2013. See Fed. R. Civ. P. 78(b).