JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC FITZPATRICK,<br><br>        Plaintiff,<br><br>vs.<br><br>MEL-JEN, INC., DBA WALLY'S LIQUOR; AKA MEL-JEN, INC., DBA WALLY'S WINE AND SPIRITS,<br><br>        Defendants. | Case No.: 2:12-cv-08378-SJO-JCG<br>[Assigned to the Hon. S. James Otero]<br><br>**[PROPOSED] JUDGMENT** |

Pursuant to the Court's order of August 8, 2014, granting Defendant, Mel-Jen, Inc., dba Wally's Wine & Spirits' Petition to Confirm Arbitration Award (Document 84):

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff, ERIC FITZPATRICK, take nothing by Plaintiff's Complaint against Defendant MEL-JEN, INC., DBA WALLY'S WINE & SPIRITS.

Dated: September 3, 2014

*S. James Otero*
_____
JUDGE OF THE DISTRICT COURT